166 A.3d 1172

IN THE MATTER OF ANTHONY D. SEYMOUR, AN ATTORNEY
AT LAW (ATTORNEY NO. 027211980)

August 11, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent (DRB 17–138) of **ANTHONY D. SEYMOUR** of **ROCHELLE PARK,** who was admitted to the bar of this State in 1980;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.5(a)(unreasonable fee), *RPC* 1.5(b)(failure to communicate in writing the basis or rate of the fee), *RPC* 1.7(a)(concurrent conflict of interest), *RPC* 1.7(b)(rule governing the procedures with which an attorney must comply to avoid violation of conflict of interest), *RPC* 1.15(a)(failure to safeguard funds), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.5(a), *RPC* 1.5(b), *RPC* 1.7(a), *RPC* 1.7(b), *RPC* 1.15(a), and *RPC* 8.4(c), and that said conduct warrants a censure to a three-month suspension or such lesser disciplinary sanction as the Board deems appropriate;

And the Board having determined to dismiss the stipulated violations of *RPC* 1.7(b), *RPC* 1.15(a) and *RPC* 8.4(c);

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0657E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ANTHONY D. SEYMOUR** of **RO-CHELLE PARK** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.